In the Matter of the Petition of Martin J. White et al., Appellants, for a Peremptory Writ of Mandamus against John R. Voorhis et al., Constituting the Board of Elections of the City of New York, Respondents.

*Matter of White* v. *Voorhis*, 182 App. Div. ——, affirmed.
(Argued February 12, 1918; decided February 15, 1918.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1918, which affirmed an order of Special Term denying upon the merits, and as a matter of law, an application for a peremptory writ of mandamus directing the board of elections of the city of New York to hold special elections for members of Congress of the United States in the twenty-first and the twenty-second congressional districts respectively on the metes and bounds of the lines prescribed and enacted by chapter 890 of the Laws of 1911, instead of chapter 799 of the Laws of 1917.

*Robert L. Luce, Albert R. Lesinsky, Ellwood M. Rabenold* and *James A. Foley* for appellants.

*William P. Burr, Corporation Counsel (Terence Farley* of counsel), for respondents.

*Merton E. Lewis, Attorney-General (Alfred L. Becker* of counsel) for the state of New York intervening.

*A. S. Gilbert* and *Leonard J. Obermeier* for Republican party of the county of New York, intervening.

*Louis A. Cuvillier,* intervening.

Order affirmed, on authority of *People ex rel. Fitzgerald v. Voorhis* (222 N. Y. 494).

Concur: HISCOCK, Ch. J., CHASE, POUND, McLAUGHLIN and ANDREWS, JJ. Dissenting: HOGAN and CRANE, JJ.